**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LYNK MEDIA, LLC,

                        Plaintiff,

        -against-

INSIDER MEDIA GROUP,

                        Defendant.
------------------------------------------------------------------X

**ORDER**

**23-cv-7117 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on October 5, 2023 for settlement. Dkt. No. 15. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by October 13, 2023 at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in November, December, or January. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:   New York, New York
         October 6, 2023

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge