UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LYNK MEDIA, LLC,
                        Plaintiff,

            -against-                        23 Civ. 7117 (LGS)

INSIDER MEDIA GROUP,                     ORDER
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a telephonic conference was held on November 29, 2023.  For the reasons discussed at the conference, it is hereby

      **ORDERED** that the parties shall file a joint letter by **December 22, 2023**, with an update on the status of settlement discussions.  It is further

      **ORDERED** that Defendant Insider Media Group shall answer the Complaint by **January 5, 2024**.

Dated: November 30, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**