

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

January 8, 2024

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**. Any application to restore this action shall be filed by **February 9, 2024**.

Dated: January 9, 2024
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   <u>Lynk Media, LLC v. Insider Media Group,</u> 1:23-cv-07117-LGS

Dear Judge Schofield :

    We represent Plaintiff Lynk Media, LLC in the above-captioned case and write pursuant to Section 2.D of the Court's Individual Rules Practice to respectfully request a thirty (30) day extension of time to file a Stipulation of Dismissal or to re-open the matter;

1) The original deadline to re-open case is January 10, 2024 [Dkt. No. 25] and new proposed date is February 9, 2024.

2) No previous requests for an extension of this deadline have been made;

3) No previous requests have been or granted or denied;

4) Defendant Insider Media Group. consents to the requested relief.

5) Despite best efforts, the parties were not able to consummate the transaction by the original deadline. No other scheduled dates will be impacted by this request.

    Respectfully Submitted,

    **s/jameshfreeman/**
    James H. Freeman

    *Counsel for Plaintiff*